MOTION GRANTED; Hearing reset for Thursday, February 9, 2017, at 10:30 a.m.

Kevin H. Sharp

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **No. 3:10-00044** |
| **v.** | ) | **KEVIN H. SHARP** |
| | ) | **Chief, U.S. District Court Judge** |
| | ) | |
| **KENNETH WHITSEY, II** | ) | |

**KENNETH WHITSEY, II'S UNOPPOSED MOTION TO RESCHEDULE HIS REVOCATION HEARING**

**COMES** now, **KENNETH WHITSEY, II**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and respectfully moves this Honorable Court to enter an Order rescheduling the hearing date in the instant matter to a date sometime after February 7, 2017, compatible with the Court's calender. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following: That the instant matter is scheduled to be heard Monday, January 23, 2017, at 10:30 a.m. On January 11, 2017, Mr. Whitsey entered Samaritan Recovery Center for a 28 day drug treatment program. Mr. Whitsey potential discharge date is February 7, 2017.

**WHEREFORE**, for the above and foregoing reason, it is respectfully prayed that this Honorable Court enter an Order rescheduling the hearing date in the instant matter to a date sometime after February 7, 2017, compatible with the Court's calendar.